NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARINE POLYMER TECHNOLOGIES, INC.,**
*Plaintiff-Appellee,*

v.

**HEMCON, INC.,**
*Defendant-Appellant.*

---

2010-1548

---

Appeal from the United States District Court for the District of New Hampshire in case no. 06-CV-0100, Judge Joseph A. DiClerico, Jr.

---

## ON MOTION

---

## ORDER

HemCon, Inc. moves for an extension of time, until December 17, 2010, to file its principal brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 2 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond A. Kurz, Esq.
Brian M. Poissant, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 2 2010

JAN HORBALY
CLERK